**Hearing Date: April 1, 2014 at 10:00 a.m.**
**Objection Deadline: March 25, 2014 at 4:00 p.m.**

PACHULSKI STANG ZIEHL & JONES LLP
John A. Morris
Debra I. Grassgreen
Maxim B. Litvak
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

WINSTON & STRAWN LLP
Eric E. Sagerman
W. Gordon Dobie
Justin E. Rawlins
William C. O'Neil
333 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

*Attorneys for the Solyndra Residual Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 14-10383 (SMB) |
| SUNTECH POWER HOLDINGS CO., LTD. (IN PROVISIONAL LIQUIDATION) | Chapter 15 |
| Debtor in a Foreign Proceeding. | **NOTICE OF MOTION OF THE SOLYNDRA RESIDUAL TRUST TO TRANSFER VENUE** |

　　　　**PLEASE TAKE NOTICE** that, upon the *Memorandum of Law in Support of the Motion of the Solyndra Residual Trust to Transfer Venue* and the Declaration of John A. Morris, executed on March 17, 2014, and the exhibits annexed thereto, and upon all prior proceedings in this case, the Solyndra Residual Trust ("Solyndra") will move this Court for the entry of an order, pursuant to section 1412 of title 28 of the United States Code, transferring venue of the Chapter 15 Petition of Suntech Power Holdings Co., Ltd. (In Provisional Liquidation) to the United States District Court for the Northern District of California (the "Motion to Transfer").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held in connection with the entry of an order granting the relief requested and any further relief on April 1, 2014 at 10:00 a.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion to Transfer must be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and shall be served in accordance with General Order M-399 upon the undersigned counsel, so as to be actually received no later than March 25, 2014 at 4:00 p.m. (Eastern Time).

Dated:    March 17, 2014                 PACHULSKI STANG ZIEHL & JONES LLP

                                         By:    _/s/ John A. Morris_____
                                                John A. Morris
                                                Debra I. Grassgreen
                                                Maxim B. Litvak
                                                780 Third Avenue, 36th Floor
                                                New York, NY 10017
                                                Telephone: (212) 561-7700
                                                Facsimile:  (212) 561-7777

                                         WINSTON & STRAWN LLP

                                         By:    _/s/ Eric E. Sagerman_____
                                                Eric E. Sagerman
                                                W. Gordon Dobie
                                                Justin E. Rawlins
                                                William C. O'Neil
                                                333 S. Grand Avenue
                                                Los Angeles, California 90071
                                                Telephone: (213) 615-1700
                                                Facsimile:  (213) 615-1750

                                                *Attorneys for the Solyndra Residual Trust*