**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SUNTECH POWER HOLDINGS CO., LTD. (IN PROVISIONAL LIQUIDATION), | Case No. 14-10383-smb |
| Debtor in a Foreign Proceeding.[1] | Judge Stuart M. Bernstein |

## REVISED SCHEDULING STIPULATION AND ORDER

It is hereby stipulated and agreed by and among the Joint Provisional Liquidators (the "JPLs"), on behalf of Suntech Power Holdings Co., Limited ("Suntech Power Holdings"), and the Solyndra Residual Trust ("Solyndra") that:

1.      This stipulation governs the schedule relating to the (i) *Verified Petition of Foreign Representatives David Walker and Ian Stokoe in Support of Chapter 15 Petition of Suntech Power Holdings Co., Ltd. (In Provisional Liquidation) for Recognition of Foreign Main Proceeding Pursuant to Section 1517 of the Bankruptcy Code* (the "Verified Petition") [Doc. No. 2]; and (ii) *Motion of the Solyndra Residual Trust to Transfer Venue* (the "Venue Transfer Motion") [Doc. 25] and replaces the schedule previously entered on June 10, 2014 [Doc. No. 39].

### A.      Discovery Schedule

2.      Document production shall be completed by June 17, 2014.

3.      Depositions shall be completed by July 2, 2014.

---

[1]   The last four digits of the registration number for Suntech Power Holdings Co., Ltd. (in provisional liquidation) are 3146.  The mailing office of its registered office is Level 5 Strathvale House, 90 North Church Street, PO Box 258, George Town, Grand Cayman, KY1-1104, Cayman Islands.

**B.      Briefing Schedule**

4.      Suntech Power Holdings shall file its opposition to the Venue Transfer Motion by July 7, 2014.

5.      Solyndra shall file its supplemental opposition to the Verified Petition by July 7, 2014.

6.      Suntech Power Holdings shall file its reply in further support of the Verified Petition by July 14, 2014.

7.      Solyndra shall file its reply in further support of the Venue Transfer Motion by July 14, 2014.

**C.      Pretrial Schedule**

8.      The parties shall exchange witness lists, exhibit lists, and deposition designations, if any, on or before July 7, 2014.

9.      The parties shall exchange objections to exhibits, objections to deposition designations, and counter-designations on July 14, 2014.

10.      The parties shall exchange objections to counter-designations on July 16, 2014.

11.      An evidentiary hearing to consider the Verified Petition and the Venue Transfer Motion will be held on July 17, 2014, at 2:00 p.m. Eastern Time.  Any remaining objections to exhibits or deposition designations will be resolved by the Court at the commencement of the hearing.  All other remaining matters in this case will be heard at that time.

Dated:  June 17, 2014

O'MELVENY & MYERS LLP

By:      /s/ Peter Friedman
          Peter Friedman, Esq. (*pro hac vice*)
          Daniel Shamah, Esq.
          Times Square Tower
          7 Times Square
          New York, New York 10036
          Telephone: (212) 326-2000
          Facsimile: (212) 326-2061
          pfriedman@omm.com
          dshamah@omm.com

          - and –

          Suzzanne Uhland, Esq. (*pro hac vice*)
          Jennifer Taylor, Esq. (*pro hac vice*)
          Two Embarcadero Center, 28th Floor
          San Francisco, California 94111
          Telephone: (415) 984-8700
          Facsimile: (415) 984-8701
          suhland@omm.com
          jtaylor@omm.com

          *Attorneys for Suntech Power Holdings Co. Ltd*
          *& the Joint Provisional Liquidators*

PACHULSKI STANG ZIEHL & JONES LLP

By:  /s/ John A. Morris
          John A. Morris
          Debra I. Grassgreen
          Maxim B. Litvak
          780 Third Avenue, 36th Floor
          New York, New York 10017

          *Attorneys for Solyndra Residual Trust*

          WINSTON & STRAWN LLP
          Eric E. Sagerman
          W. Gordon Dobie
          Justin E. Rawlins
          William C. O'Neil
          333 S. Grand Avenue
          Los Angeles, California 90071

*Attorneys for Solyndra Residual Trust*
*& Energy Conversion Devices Residual*
*Trust*

Dated:  June 17th, 2014

So Ordered:     /s/ STUART M. BERNSTEIN
                United States Bankruptcy Judge