WINSTON & STRAWN LLP
W. Gordon Dobie
Rolf S. Woolner
Eric E. Sagerman
William C. O'Neil
Edward S. Son
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

PACHULSKI STANG ZIEHL & JONES LLP
John A. Morris
Debra I. Grassgreen
Maxim B. Litvak
Jason H. Rosell
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Attorneys for Solyndra Residual Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SUNTECH POWER HOLDINGS CO., LTD. | Case No. 14-10383 (SMB) |
| Debtor in Foreign Proceeding. | **Related Docket No. 78** |

### NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that, on January 23, 2015, the Solyndra Residual Trust filed a motion for relief from the automatic stay pursuant to 11 U.S.C. § 362 [Docket No. 78] (the "**Lift Stay Motion**").

**PLEASE TAKE FURTHER NOTICE** that the hearing previously scheduled for August 27, 2015 at 10:00 a.m. (Eastern Time) in the courtroom of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the

DOCS_SF:87230.3

Southern District of New York, Room 723, One Bowling Green, New York, New York 10004, to consider the relief requested in the Lift Stay Motion has been rescheduled for **October 8, 2015 at 10:00 a.m.** (**Eastern Time**) to take place in the same location.

Dated: August 20, 2015

PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ Jason H. Rosell*
John A. Morris
Debra I. Grassgreen
Maxim B. Litvak
Jason H. Rosell
780 Third Avenue, 34th Floor
New York, NY 10012
Telephone:  (212) 561-7700
Facsimile:   (212) 561-7777

-- and --

WINSTON & STRAWN LLP

W. Gordon Dobie
Rolf S. Woolner
Eric E. Sagerman
William C. O'Neil
Edward S. Son
333 S. Grand Avenue
Los Angeles, California 90071
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

*Attorneys for Solyndra Residual Trust*