**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SUNTECH POWER HOLDINGS CO., LTD. (IN PROVISIONAL LIQUIDATION), | Case No. 14-10383 (SMB) |
| Debtor in a Foreign Proceeding. | |

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the status conference previously scheduled for August 27, 2015 at 10:00 (Eastern Time) in the courtroom of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Room 723, One Bowling Green, New York, New York 10004, has been rescheduled for **October 8, 2015 at 10:00 a.m.** (Eastern Time) to take place in the same location.

Dated: August 26, 2015
New York, New York

**O'MELVENY & MYERS LLP**

*/s/ Daniel Shamah*
Peter Friedman (admitted *pro hac vice*)
Daniel Shamah
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Suzzanne Uhland (admitted *pro hac vice*)
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701